UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALLSTATE INSURANCE
COMPANY, et al,                                                                    ORDER
                               Plaintiffs,
          - against -
ELITE MEDICAL SUPPLY OF
NEW YORK, et al,                                                                   17-CV-0443 (CBA) (JO)
                               Defendants.
------------------------------------------------------------X

JAMES ORENSTEIN, Magistrate Judge:

       Pursuant to Administrative Order 2004-08 and my individual practices, all attorneys are required to register to receive Electronic Case Filing ("ECF") notifications from the court. In the above captioned case, the Clerk's Office received notice that Robert E. Dash, Esq., counsel for the Cohen defendants (*see* docket entry [27]), is not registered to receive ECF notifications. Mr. Dash is directed to register to receive ECF notifications in this case within ten (10) days. Registration requires registering for ECF <u>and</u> filing a notice of appearance in this case. Failure to comply with this order may result in sanctions.

       SO ORDERED.

Dated:  Brooklyn, New York
           April 25, 2017

                                                                    /s/
                                                JAMES ORENSTEIN
                                                U.S. Magistrate Judge