UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------X

ALLSTATE INSURANCE COMPANY, ALLSTATE
INDEMNITY COMPANY, ALLSTATE PROPERTY &
CASUALTY INSURANCE COMPANY, and ALLSTATE
FIRE & CASUALTY INSURANCE COMPANY,

                    Plaintiffs,

    -against-

ELITE MEDICAL SUPPLY OF NEW YORK, LLC,
GARY NIKIEL, WALTER MENDOZA, D.C.,
TODD GOLDMAN, D.C., OLEG BARSHAY, D.C.,
GEOFFREY GEROW, D.C., JULIUS HORVATH, D.C.,
BETH COHEN, D.C., WALTER E. MENDOZA
CHIROPRACTOR, P.C., DR. TODD GOLDMAN,
CHIROPRACTOR, P.C., OCEAN ONE PHYSICAL
THERAPY P.C., GEOFFREY GEROW, D.C., P.C.,
JULIUS P. HORVATH D.C., P.C., and DR.
BETH J. COHEN, D.C., P.C.,

                    Defendants.

-------------------------------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 28 2017 ★

**BROOKLYN OFFICE**

Docket No.: 1:17-cv-00443(CBA)(JO)

### NOTICE OF DISMISSAL WITH PREJUDICE

    **PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiffs, ALLSTATE INSURANCE COMPANY, ALLSTATE  INDEMNITY COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY and ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, hereby dismiss with prejudice all claims that they asserted against Defendants, BETH COHEN, D.C. and BETH J. COHEN, D.C., P.C. in this action.

Dated: July 6, 2017
      New York, New York

                        ABRAMS COHEN & ASSOCIATES

                        */s/ Barry S. Cohen*
                        Barry S. Cohen (BC 9825)
                        5 Hanover Square, Suite 1601
                        New York, New York 10004
                        (646) 449-7490
                        *Counsel for Plaintiffs*

                        *So Ordered*

                        s/Carol Bagley Amon

                        7/27/17