

**James W. Weller**
*Partner*
T 516-832-7543
jweller@nixonpeabody.com

50 Jericho Quadrangle
Suite 300
Jericho, NY  11753-2728
516-832-7500

September 12, 2017

*Via ECF*

The Hon. Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**RE:**   Allstate Insurance Company, et al. v. Elite Medical Supply of New York, LLC, et al.
<u>Case No.: 17-cv-00443 (CBA)(JO)</u>

Dear Judge Amon:

On behalf of defendant Elite Medical Supply of New York, LLC ("Elite"), we write regarding your text order of September 7, 2017, which set the pre-motion conference scheduled for September 19, 2017 as a telephonic conference for all counsel.  We, as counsel for Elite, along with Abrams, Cohen & Associates (counsel for Plaintiffs), jointly and respectfully request that we be permitted to appear in person for the conference.  Counsel for Plaintiffs and for Elite intended to appear in person and to use the opportunity for a meeting prior to the conference to discuss logistics and other matters regarding the case, and to report on any significant developments during the pre-motion conference with Your Honor.  Thus, if an in-person conference is still feasible for the Court, we would prefer it.  Counsel for the other parties could still appear by phone at their discretion, and counsel for the Plaintiffs would coordinate the call to the Court for these parties, as set forth in your September 7, 2017 order.

Thank you for your consideration.

Respectfully submitted,


*/s/ James W. Weller*


James W. Weller

4816-2744-1487.1