LAW OFFICES

# ABRAMS, COHEN & ASSOCIATES

BARRY S. COHEN

5 HANOVER SQUARE, SUITE 1601
NEW YORK, NEW YORK 10004
(646) 449-7490
FACSIMILE: (888) 859-4956
www.abramscohen.com

October 6, 2017

<u>Via ECF Transmittal</u>
Honorable Carol Bagley Amon
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: Allstate Insurance Company, et al. v. Elite Medical Supply of New York, LLC, et al.
    <u>Docket No.: 1:17-cv-443(CBA)(JO)</u>

Dear Judge Amon:

  We represent the plaintiffs in the above-referenced matter, and make this application jointly with counsel for all of the defendants.

  The Court set a new briefing schedule on September 20, 2017 that made plaintiffs' Amended Complaint due October 10, 2017.  On September 20, 2017 the Court also scheduled a telephone conference with the Court for October 24, 2017.

  The parties jointly request an extension of time for plaintiffs to file their Amended Complaint to November 6, 2017 and for defendants to amend their Motion to Dismiss to December 6, 2017.

  The parties respectfully make this request to allow the parties to work with their respective counterparts to narrow and potentially resolve certain issues and to ultimately assist the Court.

  We thank you for your consideration in this regard.

               By: <u>/s/ Barry S. Cohen</u>
                  Barry S. Cohen (BC 9825)

cc: All parties of record (via ECF)