LAW OFFICES

# ABRAMS, COHEN & ASSOCIATES

| | | |
|---|---|---|
| BARRY S. COHEN * <br> ELLEN ZION <br> FRANK PICCININNI <br> ——— <br> OF COUNSEL <br> GARY H. ABRAMS <br> * ALSO ADMITTED TO CT BAR <br> † ALSO ADMITTED TO NJ BAR <br> ‡ ALSO ADMITTED TO WI BAR | 5 HANOVER SQUARE, SUITE 1601 <br> NEW YORK, NEW YORK 10004 <br> (646) 449-7490 <br> FACSIMILE: (888) 859-4956 <br> www.abramscohen.com | SHELLY HEFFEZ <br> ADAM HAGEDORN <br> JOSHUA FERGUSON <br> SEAN GRADOWITZ† <br> HELEN TSIBELMAN† <br> ERIC LANTER <br> JARED SCHNEIDERMAN‡ <br> ALEC DIMARIO <br> COLIN DIXON <br> ADAM BIRD-RIDNELL |

November 2, 2017

**Served via ECF**
Honorable Carol Bagley Amon
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE:   Allstate Insurance Company, et al. v. Elite Medical Supply of New York, LLC, et al.
        1:17-cv-443(CBA)(JO)

Dear Judge Amon:

We are the attorneys for Plaintiffs Allstate Insurance Company, Allstate Indemnity Company, Allstate Property and Casualty Insurance Company, and Allstate Fire & Casualty Insurance Company (collectively, "Allstate" or "Plaintiffs") in the above-referenced matter. We make this application jointly with counsel for all of the Defendants.

The parties request an extension of the current briefing schedule to allow the parties to continue to work with their respective counterparts to narrow and potentially resolve certain issues and to ultimately assist the Court. The parties have made one prior request to extend the briefing schedule, which was granted (Docket No. 55). At present, Plaintiffs' Amended Complaint is due November 5, 2017, with the deadline for Defendants to renew their Motions to Dismiss set for December 6, 2017; the deadlines for Plaintiffs' opposition to the renewed Motions to Dismiss and Defendants' reply papers were not set in the previous order. We respectfully request that the deadline to serve Plaintiffs' Amended Complaint be extended to December 4, 2017, with the deadline for Defendants' renewed Motions to Dismiss extended to January 22, 2018, the deadline for Plaintiffs' opposition set for March 12, 2018, the deadline for Defendants' reply papers set for April 16, 2018, and oral arguments set at a date convenient to the court. All parties agree to this proposed briefing schedule, subject to the Court's approval. We thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Joshua Ferguson*
Joshua Ferguson, Esq. (JF 2296)

cc:   All parties of record (via ECF)