LAW OFFICES

# ABRAMS, COHEN & ASSOCIATES

| | | |
|---|---|---|
| BARRY S. COHEN * | 5 HANOVER SQUARE, SUITE 1601 | SHELLY HEFFEZ |
| ELLEN ZION | NEW YORK, NEW YORK 10004 | JOSHUA FERGUSON |
| FRANK PICCININNI | (646) 449-7490 | SEAN GRADOWITZ† |
| | FACSIMILE: (888) 859-4956 | ERIC LANTER |
| OF COUNSEL | www.abramscohen.com | ALEC DIMARIO§ |
| | | COLIN DIXON |
| GARY H. ABRAMS | | ADAM BIRD-RIDNELL |
| | | LENA BEGIN* |
| | | JEFF WINSTON† |

\* ALSO ADMITTED TO CT BAR
† ALSO ADMITTED TO NJ BAR
§ ALSO ADMITTED TO CA BAR

February 15, 2018

**Served via ECF**
Honorable Carol Bagley Amon
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: <u>Allstate Insurance Company, et al. v. Elite Medical Supply of New York, LLC, et al.</u>
1:17-cv-443(CBA)(JO)

Dear Judge Amon:

Abrams Cohen & Associates represents Plaintiffs Allstate Insurance Company, Allstate Indemnity Company, Allstate Property and Casualty Insurance Company, and Allstate Fire & Casualty Insurance Company (collectively, "Allstate" or "Plaintiffs") in the above-referenced matter. I previously filed a Notice of Appearance on behalf of Plaintiffs (<u>see</u> Docket # 17); however, as I am leaving Abrams Cohen & Associates, I respectfully request the Court withdraw my appearance and the docket be amended to reflect this change. Barry Cohen, Frank Piccininni, and Ellen Zion will continue to represent Plaintiffs on behalf of Abrams Cohen & Associates (<u>see</u> Docket # 32 & 34).

Respectfully submitted,

*/s/ Joshua Ferguson*
Joshua Ferguson

cc: All parties of record (via ECF)